JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 1309, AFL-CIO,<br><br>Petitioner,<br><br>vs.<br><br>Y & M CONSTRUCTION, INC., A CALIFORNIA CORPORATION,<br><br>Respondent. | CASE NO. CV 14-07860 DDP (JEMx)<br><br>JUDGMENT ON CONFIRMED ARBITRATION AWARD<br><br>Assigned to Hon. Dean D. Pregerson |

This Court confirmed the award of the arbitrator in this matter, to the Order Confirming Arbitration. In conformity with the Order, Judgment is hereby entered in favor of Laborers' International Union of North America, Local 1309. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that:

1. Petitioner Laborers' International Union, Local 1309 recovers from Respondent Y&M Construction, Inc. the amount of $37,044.36 (which is the sum of damages totaling $35,244.36 and advanced arbitrator fees of $1,800.00);

2. Petitioner recovers attorneys fees in the amount of $2,867.70 from

1 Respondent;

2 3. Petitioner recovers from Y&M Construction costs in the amount of $400.00
3 from Respondent; and
4 4. This judgment bears interest at the judgment rate in accordance with 28
5 U.S.C. §1961(a).

7 Dated: February 10, 2015

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE